# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2018

## NO. 03-18-00204-CR

**Ex parte Lawrence Parrish**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.